# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0229JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| FELIX ANTONIO SARABIA PENA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS Plaintiff United States of America ("the Government") and Defendant Felix Antonio Sarabia Pena to appear for oral argument on Mr. Sarabia Pena's motion to suppress (Mot. (Dkt. # 227)) on Thursday, March 22, 2018, at 1:30 p.m. The court further ORDERS that Mr. Sarabia Pena file his reply brief, if any, no later than Wednesday, March 21, 2018, at 5:00 p.m. The reply, if any, shall otherwise comply

with the District's Local Criminal Rules.  *See* Local Rules W.D. Wash. LCrR 12(b).  Any other defendant or counsel in this matter may—but is not required to—appear at oral argument.

Filed and entered this 13th day of March, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk