Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. CR17-229JLR |
| v. | ) | |
| | ) | ~~(Proposed)~~ ORDER GRANTING |
| FELIX SARABIA PENA, | ) | MOTION TO FILE OVERLENGTH |
| Defendant | ) | MEMORANDUM |
| | ) | |

The Court, having considered the pleadings, now GRANTS defendant's motion to file an overlength memorandum of 19 pages and Orders that the memorandum be filed. The Government may file a response of equal length.

Dated this 13th day of March, 2018

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

(Proposed) Order

Law Office of Robert Gombiner
705 2ND. Ave. S., Suite 1500
Seattle WA 98104
(206) 622-1604

1