Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　 )<br>　v. 　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>FELIX SARABIA PENA, 　　　　)<br>　　　　　Defendant 　　　　　)<br>_____) | No. CR17-229JLR<br><br>(Proposed) ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |

The Court, having considered the pleadings, now GRANTS defendant's motion to file an overlength Reply of 14 pages and Orders that the Reply be filed.

Dated this 22 no day of March, 2018

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

(Proposed) Order

Law Office of Robert Gombiner
705 2ND. Ave. S., Suite 1500
Seattle WA 98104
(206) 622-1604

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(Proposed) Order

Law Office of Robert Gombiner
705 2ND. Ave. S., Suite 1500
Seattle WA 98104
(206) 622-1604

2